**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 507 MAL 2023

            Respondent           :

                                    :    Petition for Allowance of Appeal
                                    :    from the Order of the Superior Court

            v.                       :

MALAKIA ANTON JACKSON,           :

            Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.